HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
REYNALDO VILLALOBOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00255-LJO-SKO |
|---|---|
| Plaintiff, | |
| vs. | **REQUEST FOR RULE 43 WAIVER OF APPEARANCE; ORDER** |
| REYNALDO VILLALOBOS, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Reynaldo Villalobos, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear at all non-substantive proceedings. Mr. Villalobos agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.

//

//

//

//

Respectfully submitted,

Date: December 3, 2018
*Original Signature on file*
REYNALDO VILLALOBOS


HEATHER E. WILLIAMS
Federal Defender

Date: December 3, 2018
*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
REYNALDO VILLALOBOS

## **O R D E R**

Defendant's request for a waiver of appearance is granted. Pursuant to Rule 43(b)(3), defendant's appearance is waived at all non-substantive pretrial proceedings until further order of the Court.

IT IS SO ORDERED.

Dated: __**December 3, 2018**__         /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE