# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California



FILED
NOV 3 0 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| REYNALDO VILLALOBOS, | ) Case No.  1:18-CR-255 LJO SKO |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:    United States District Court, 2500 Tulare Street, Fresno, CA  93721
                                                                *Place*

on    1/7/2019 a 1:00 PM before Magistrate Judge Sheila K. Oberto
                                *Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance and Compliance Bond, if ordered.

**VILLALOBOS, Reynaldo**
**Doc. No. 1:18-CR-0255-LJO-SKO**

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☐ (6) The defendant is placed in the custody of:

　　　Name of person or organization

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

　　　SIGNED: _____
　　　　　　　　　CUSTODIAN

☑ (7) The defendant must:
　☑　(a) report on a regular basis to the following agency:
　　　　Pretrial Services and comply with their rules and regulations;
　☑　(b) report in person to the Pretrial Services Agency on the first working day following your release from custody;
　☑　(c) reside at a location approved by the PSO, and not change your residence without prior approval of PSO; travel restricted to State of California, unless otherwise approved in advance by PSO;
　☑　(d) report any contact with law enforcement to your PSO within 24 hours;
　☑　(e) seek and/or maintain employment, and provide proof thereof to the PSO, upon request;
　☑　(f) not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition, currently under your control;
　☑　(g) surrender your passport to the Clerk, United States District Court, if found, and must not apply for or obtain a passport or any other travel documents during the pendency of this case; and,
　☑　(h) not use or possess any identification, mail matter, access device or any identification-related material other than in your own legal and true name.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property/Net Worth.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not reduce my net worth, sell any property, allow further claims to be made against any property, or do anything to reduce the value while this Appearance and Compliance Bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance and Compliance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C.§ 1746.)

Date: 11/30/18                              /s/ Reynaldo Villalobos
                                            *Defendant's signature*

_____             _____
*Surety/property owner – printed name*      *Surety/property owner – signature and date*

_____             _____
*Surety/property owner – printed name*      *Surety/property owner – signature and date*

_____             _____
*Surety/property owner – printed name*      *Surety/property owner – signature and date*

                                            CLERK OF COURT

Date: 11/30/18                              _____
                                            *Signature of Clerk or Deputy Clerk*

Approved.
Date: 11/20/18                              _____
                                            *Judge's signature*