| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney<br>LAURA D. WITHERS<br>Assistant United States Attorney<br>2500 Tulare Street, Suite 4401<br>Fresno, CA 93721<br>Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099<br><br>Attorneys for Plaintiff<br>United States of America | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REYNALDO VILLALOBOS,<br><br>Defendant. | CASE NO. 1:18-CR-00255-LJO-SKO<br><br>STIPULATION TO CONTINUE MOTION SCHEDULE; ORDER |

IT IS HEREBY STIPULATED by and through the parties through their respective counsel, Assistant United States Attorney Laura D. Withers, Counsel for Plaintiff, and Assistant Federal Defender Reed Grantham, Counsel for Defendant Reynaldo Villalobos, that the current motion schedule may be rescheduled as follows: Government Response to Defendant's Motion to Limit Count One of the Indictment, Doc. No. 12, filed on January 25, 2019, to be due on or before March 1, 2019; Defense Reply to be due on or before March 8, 2019; Hearing on the motion to be held on March 18, 2019. This hearing is set before the Honorable Lawrence J. O'Neill, United States District Judge.

The reason for this request is that the parties are currently in talks to resolve this case, which would render moot the defendant's pending motion. The parties agree that the delay resulting from the continuance shall be excluded until March 18, 2019, in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation for purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (iv). The parties further agree that the ends of justice served by taking this action outweigh the best

1

interest of the public and the defendant in a speedy trial.

                                      Respectfully submitted,

Dated: February 7, 2019                McGREGOR W. SCOTT
                                          United States Attorney

                                By:  /s/ LAURA D. WITHERS
                                          LAURA D. WITHERS
                                          Assistant United States Attorney

Dated: February 7, 2019                HEATHER E. WILLIAMS
                                          Federal Defender

                                By:  /s/ REED GRANTHAM
                                          REED GRANTHAM
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          Reynaldo Villalobos

**ORDER**

IT IS SO ORDERED.

   Dated:  **February 7, 2019**                  /s/ Lawrence J. O'Neill
                                               UNITED STATES CHIEF DISTRICT JUDGE