HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
REYNALDO VILLALOBOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00255-LJO-SKO |
|---|---|
| Plaintiff, | **DEFENDANT'S MOTION TO WITHDRAW THE JANUARY 25, 2019 MOTION, VACATE BRIEFING SCHEDULE, AND SET FOR CHANGE OF PLEA; ORDER** |
| vs. | |
| REYNALDO VILLALOBOS, | |
| Defendant. | Date: March 18, 2019<br>Time: 8:30 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

Defendant Reynaldo Villalobos, through his attorney, Assistant Federal Defender Reed Grantham, hereby moves to withdraw his January 25, 2019 motion, to vacate the previously set briefing schedule, and to set the matter for a change of plea hearing on March 18, 2019, at 8:30 a.m. The government is in agreement with this request.

On January 7, 2019, Mr. Villalobos informed the Court of his intention to file a motion to dismiss. *See* Dkt. #11. A briefing schedule for the motion and a hearing date was set. *See* Dkt. #11. On January 25, 2019, Mr. Villalobos filed his Notice of Motion and Motion to Limit Count One of the Indictment. *See* Dkt. #12. On February 8, 2019, the Court signed the parties' joint stipulation to continue the previously set briefing schedule and hearing date so that the parties could engage in further plea negotiations. *See* Dkt. #14. The parties have reached a resolution, memorialized in the plea agreement filed on February 25, 2019. *See* Dkt. #15. Accordingly, Mr. Villalobos hereby

moves to withdraw his January 25, 2019 motion, to vacate the previously set briefing schedule, and to set the matter for a change of plea hearing on March 18, 2019, at 8:30 a.m.

The parties agree that time shall be excluded until March 18, 2019, in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation for purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (iv). The parties further agree that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 26, 2019          */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
REYNALDO VILLALOBOS

**O R D E R**

The January 25, 2019 Motion to Limit Count One of the Indictment is withdrawn, the briefing schedule set forth in the parties' joint Stipulation to Continue Motion Schedule (Dkt. #14) is vacated, and the matter shall be set for a change of plea hearing on March 18, 2019, at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **February 26, 2019**          /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE